**[J-50-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| BRENTWOOD BOROUGH SCHOOL DISTRICT | : | No. 21 WAP 2015 |
| | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court entered March |
| v. | : | 24, 2015 at No. 2346 CD 2013, |
| | : | affirming the Order of the Court of |
| | : | Common Pleas of Allegheny County |
| HEATHER HELD | : | entered December 11, 2013  at No. GD |
| | : | 09-004808. |
| | : | |
| v. | : | ARGUED:  April 6, 2016 |
| | : | |
| | : | |
| HSBC BANK USA, N.A. | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GROVE PROPERTIES, INC. | : | |
| | : | |
| | : | |
| APPEAL OF:  HSBC BANK USA, N.A. | : | |

## ORDER

**PER CURIAM**

AND NOW, this 20th day of June 2016, the Order of the Commonwealth Court is

**AFFIRMED**.

Justice Dougherty filed a concurring statement.

Justice Wecht filed a concurring statement.